IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. CUNNINGHAM, DAVID CIUFFETELLI, BENJAMIN DIDONATO and JOHN RUCKI, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>WAWA, INC., RETIREMENT PLANS COMMITTEE OF WAWA, INC., JARED G. CULOTTA, MICHAEL J. ECKHARDT, JAMES MOREY, CATHERINE PULOS, HOWARD B. STOECKEL, DOROTHY SWARTZ, RICHARD D. WOOD, JR., KEVIN WIGGINS and CHRISTOPHER D. WRIGHT<br><br>Defendants,<br><br>and<br><br>WAWA, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Nominal Defendant. | Civil Action No. 2:18-cv-03355-PD |

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO RESPOND TO MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Civil Rule 7.4(b), Plaintiffs John J. Cunningham, David Ciuffetelli, Benjamin DiDonato and John Rucki, Jr. (collectively "Plaintiffs') and Defendants Wawa, Inc., Retirement

Plans Committee of Wawa, Inc., Jared G. Culotta, Michael J. Eckhardt, James Morey, Catherine Pulos, Howard B. Stoeckel, Dorothy Swartz, Richard D. Wood, Jr., Kevin Wiggins and Christopher D. Wright (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

1. Defendants shall file their response to the Complaint (Dkt. No. 1) on or before **October 29, 2018**, as required by Federal Rule of Civil Procedure 4(d)(3).

2. If Defendants respond to the Complaint by motion, Plaintiffs shall file their response brief on or before **December 13, 2018**.

3. Defendants shall file their reply brief on or before **January 14, 2018**.

4. Good cause exists for these deadlines, as such will avoid conflicts with upcoming holidays.

Dated: September 25, 2018

| /s/ R. Joseph Barton | /s/ Christopher M. Varano |
|---|---|
| Raymond M. Sarola (Pa Bar No. 318164) | Christopher M. Varano |
| Gary L. Azorsky (Pa Bar No. 38924) | Brian T. Ortelere |
| COHEN MILSETIN SELLERS & TOLL PLLC | MORGAN LEWIS & BOCKIUS LLP |
| 1717 Arch Street, Suite 3610 | 1701 Market Street |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| Tel: (267) 479-5700 | Tel: (215) 963-5000 |
| Email: rsarola@cohenmilstein.com | Email: christopher.varano@morganlewis.com |
| Email: gazorsky@cohenmilstein.com | Email: brian.ortelere@morganlewis.com |
| R. Joseph Barton (*pro hac vice*) | *Attorneys for Defendants* |

2

BLOCK & LEVITON LLP
1735 20th Street, N.W.
Washington, DC 20009
Tel: (202) 734-7046
Fax: (617) 507-6020
Email: jbarton@blockesq.com

Daniel Feinberg (*pro hac vice*)
FEINBERG, JACKSON,
WORTHMAN
& WASOW LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel: (510) 269-7998
Fax: (510) 269-7994
Email: dan@feinbergjackson.com

Richard E. Donahoo (*pro hac vice*)
DONAHOO & ASSOCIATES, P.C.
440 W. First Street, Suite 101
Tustin, California 92780
Tel: (714) 953-1010
Fax: (714) 953-1777
Email: rdonahoo@donahoo.com

*Attorneys for Plaintiffs*

So ordered this ___ day of September, 2018.

_____

Honorable Paul S. Diamond