UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-093

No. 19-2930

JOHN J. CUNNINGHAM; DAVID CIUFFETELLI;
BENJAMIN DIDONATO; JOHN RUCKI, JR.

v.

WAWA, INC.; RETIREMENT PLANS COMMITTEE OF WAWA, INC.;
JARED G. CULOTTA; MICHAEL J. ECKHARDT; JAMES MOREY;
CATHERINE PULOS; HOWARD B. STOECKEL; DOROTHY SWARTZ;
RICHARD D. WOOD, JR.; KEVIN WIGGINS; CHRISTOPHER D. WRIGHT

WAWA, INC. EMPLOYEE STOCK OWNERSHIP PLAN, Nominal Defendant

Wawa, Inc.; Retirement Plans Committee of Wawa, Inc.; Jared G. Culotta;
Michael J. Eckhardt; James Morey; Catherine Pulos; Howard B. Stoeckel;
Dorothy Swartz; Richard D. Wood, Jr.; Kevin Wiggins; Christoper D. Wright,
Appellants

(E.D. Pa. No. 2-18-cv-03355)

Present: RESTREPO and PORTER, Circuit Judges

1. Joint Motion by Appellant Wawa Inc to extend stay of appeal and lift stay of District Court Proceedings.

Respectfully,
Clerk/lmr

_____ORDER_____

The foregoing Motion is granted.

By the Court,

s/ David J. Porter
Circuit Judge

Dated: August 31, 2020
Lmr/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk