# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J CUNNINGHAM, et al., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. No. 18-3355 |
| | : | |
| WAWA, INC., et al., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 2nd day of December, 2020, it is hereby **ORDERED** that the Parties' Joint Motion for Modification of the Court's November 18, 2020 Order (Doc. No. 100) is **GRANTED**. Simpluris shall issue Notice of the Proposed Settlement on or before December 3, 2020.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

**Diamond, Paul, J.**