# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. CUNNINGHAM, et al., <br><br> *Plaintiffs*, <br><br> -vs.- <br><br> WAWA, INC., et al. <br><br> *Defendants*, <br><br> and <br><br> WAWA, INC. EMPLOYEE STOCK OWNERSHIP PLAN. <br><br> *Nominal Defendant* | Case No. 18-03355-PD <br><br> **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs and Class Representatives John J. Cunningham, David Ciuffetelli, Benjamin DiDonato, and John Rucki, Jr. (collectively the "Plaintiffs"), on behalf of themselves and the Class, hereby move the Court for an order, pursuant to Fed. R. Civ. P. 23(e), finally approving the Settlement Agreement. In support of this Motion, Plaintiffs and Class Representatives rely upon the Barton Declaration and its exhibits, and their accompanying Memorandum of Law, and all of the pleadings and documents on file with the Court in this action, and further evidence and argument as may be submitted prior to the Court's decision on this Motion.

Dated:  February 11, 2021     Respectfully submitted,

_____
R. Joseph Barton (*pro hac vice*)
Colin M. Downes (*pro hac vice*)
**BLOCK & LEVITON LLP**
1735 20th Street, N.W.
Washington, DC 20009
Tel:  (202) 734-7046
Email:  jbarton@blockesq.com

Daniel Feinberg (*pro hac vice*)
**FEINBERG, JACKSON, WORTHMAN & WASOW LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel:  (510) 269-7998
Fax: (510) 269-7994
Email: dan@feinbergjackson.com

Richard E. Donahoo (*pro hac vice*)
**DONAHOO & ASSOCIATES, P.C.**
440 W. First Street, Suite 101
Tustin, California 92780
Tel:  (714) 953-1010
Fax: (714) 953-1777
Email:  rdonahoo@donahoo.com

Raymond M. Sarola (Pa Bar No. 318164)
Gary L. Azorsky (Pa Bar No. 38924)
**COHEN MILSETIN SELLERS & TOLL PLLC**
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
Tel:  (267) 479-5700
Fax: (267)
rsarola@cohenmilstein.com

*Attorneys for Plaintiffs and the Class*

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Plaintiffs' Motion for Final Approval of Class Action Settlement, to be served on the counsel listed below via the Court's ECF system on February 11, 2021:

Brian T. Ortelere
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
215-963-5150

David I. Monteiro
Morgan Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
214-466-4000

_____
Ming Siegel